```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

**BENNETT BRADFORD**                                              **PLAINTIFF**

      v.         Civil No. 05-4069

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                **DEFENDANT**

### J U D G M E N T

Now on this 20th day of March, 2007, for reasons set forth in a Memorandum Opinion of even date herewith, the decision of the Commissioner of the Social Security Administration, denying Bennett Bradford supplemental security income ("SSI") benefits, is **affirmed.**

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**